IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

RECEIVED
2008 JAN 30 A 10: 29
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC. d/b/a ONCOLOGY SUPPLY COMPANY 2801 Horace Shepard Drive Dothan, Alabama 36303,                     Plaintiff, v. CHARLESTON BLOOD DISORDERS & CANCER CENTER, P.A. 2093 Henry Tecklenburg Drive, Suite 318E Charleston, SC 29414 and ROBERT T. WALL 36 Prioleau Street, Unit P Charleston, SC 29401                     Defendants. | CIVIL ACTION NO.: 1:08-CV-71-MEF |

## COMPLAINT

The plaintiff, ASD Specialty Healthcare, Inc., ("ASD"), d/b/a Oncology Supply Company ("OSC"), by and through its counsel, hereby brings this complaint against the defendants, Charleston Blood Disorders & Cancer Center, P.A. ("Charleston") and Robert T. Wall ("Wall"), and in support hereof, avers as follows:

### THE PARTIES

1. ASD is a California corporation with its principal place of business in Texas. ASD operates under various trade names including Oncology Supply, which maintains a place of business at 2801 Horace Shepard Drive, Dothan, Alabama 36303.

2. Charleston is a professional association organized and existing pursuant to the laws of the State of South Carolina, with a last known principal place of business at 2093 Henry

1638381 v1

Tecklenburg Drive, Suite 318E, Charleston, South Carolina 29414.

3.   Wall is an adult individual and citizen of the State of South Carolina, with a last-known address of 36 Prioleau Street, Unit P, Charleston, South Carolina 29401.

## JURISDICTION AND VENUE

4.   This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1332(a) because (a) the plaintiff is a citizen of the State of California, (b) the defendants are citizens of the State of South Carolina, and (c) the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

5.   The defendants are subject to personal jurisdiction in this judicial district because, inter alia, the defendants have consented to jurisdiction in Alabama.

6.   Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 because, inter alia, a substantial part of the events or omissions giving rise to the claims in this action occurred in this judicial district and the defendants have consented to being sued in this judicial district.

## BACKGROUND

7.   OSC is a supplier of medical and pharmaceutical products.

8.   At all relevant times Charleston (a) solicited business with, (b) negotiated with, (c) had products shipped by, (d) communicated with, (e) submitted documents to, and (f) contracted with OSC in Dothan, Alabama.

9.   At Charleston's request, OSC sold and delivered to Charleston pharmaceutical and other products (the "Goods") on open account and pursuant to a written Application for New Account (the "Agreement"), signed July 18, 2007, a copy of which is attached as Exhibit A and incorporated herein.

10. The Agreement contains a consent to jurisdiction and venue in this Court.

11. Pursuant to a provision in the Agreement, Wall agreed to personally repay to OSC all debts incurred by Charleston doing business with OSC. See Exhibit A.

12. Despite demand, Charleston has failed to make payment for certain Goods that it purchased from OSC.

13. The Agreement provides for OSC to apply a finance charge to all unpaid past due balances due to OSC from Charleston at the rate of 1.5% per month or 18% per annum.

14. The Agreement further provides that, upon an event of default thereunder, OSC is entitled to collect its attorneys' fees and costs of collection until OSC is paid in full.

15. The outstanding obligation due to OSC from Charleston exceeds $121,497.21 as evidenced by the Statement attached as Exhibit B and incorporated herein.

16. As a result of Charleston's defaults, all sums owed by Charleston to OSC are immediately due and payable in full.

17. Wall is in default of his obligations pursuant to the Agreement for his failure to cure the defaults of Charleston.

18. As a result of the foregoing defaults, the principal amount of at least $121,497.21 is immediately due and payable from Charleston and Wall, jointly and severally.

19. All conditions precedent to OSC's right to recover the above amount from Charleston and Wall have been performed or have occurred.

## COUNT I
## BREACH OF CONTRACT
## OSC v. CHARLESTON

20. OSC incorporates herein by this reference the allegations set forth in the foregoing paragraphs of this complaint, as though they were set forth fully and at length.

21. OSC has complied with its contractual obligations by supplying the Goods to Charleston, and invoicing Charleston for payment.

22. Despite the fact that OSC sent invoices to Charleston and demanded payment for the Goods supplied, Charleston failed and refused, and continues to fail and refuse, to make payment to OSC in accordance with its obligations under the Agreement or otherwise.

23. Accordingly, Charleston has materially breached the terms of the contract between it and OSC.

24. As a result of this material breach of contract by Charleston, OSC has been damaged in an amount in excess of $121,497.21.

WHEREFORE, ASD Specialty Healthcare, Inc. d/b/a Oncology Supply Company respectfully requests the entry of a judgment in its favor and against Charleston Blood Disorders & Cancer Center, P.A. in an amount in excess of $121,497.21, interest at the contractual rate of eighteen per cent (18%) per annum on each outstanding invoice, attorneys' fees and costs, and such other and further relief as this Court deems just.

## COUNT II
## BREACH OF ACCOUNT STATED
## OSC v. CHARLESTON

25. OSC incorporates herein by this reference the allegations set forth in the foregoing paragraphs of this complaint, as though they were set forth fully and at length.

26. Beginning in 2003, OSC had an ongoing business relationship with Charleston pursuant to which OSC sold Goods to Charleston, and Charleston paid for such goods in accordance with the terms of various statements of account sent from OSC to Charleston.

27. OSC invoiced Charleston in a timely fashion for the Goods detailed above, which Goods were shipped to Charleston at Charleston's request.

28. Charleston had an opportunity to review the relevant invoices and raise any objections regarding the accuracy of the information contained therein including, among other things, the amount stated as due.

29. Charleston has never objected to the amounts set forth in OSC's invoices.

30. Despite repeated demand, Charleston has failed to pay OSC the total amounts due as invoiced. A balance remains due.

31. As a direct and proximate result of Charleston's failure to pay its accounts as stated, OSC has been damaged in excess of $121,497.21.

WHEREFORE, ASD Specialty Healthcare, Inc. d/b/a Oncology Supply Company respectfully requests the entry of a judgment in its favor and against Charleston Blood Disorders & Cancer Center, P.A. in an amount in excess of $121,497.21, interest at the contractual rate of eighteen per cent (18%) per annum on each outstanding invoice, attorneys' fees and costs, and such other and further relief as this Court deems just.

## COUNT III
## UNJUST ENRICHMENT
## OSC v. CHARLESTON
### (Alternative Count)

32. OSC incorporates herein by this reference the allegations set forth in the foregoing paragraphs of this complaint, as though they were set forth fully and at length.

33. OSC conferred a benefit upon Charleston, to which Charleston was not entitled, by providing Charleston with the Goods.

34. Despite repeated demand, Charleston has refused to return the Goods and/or to pay for them.

35. By accepting delivery of the Goods supplied by OSC, retaining them, and not paying OSC for them, Charleston has been unjustly enriched at OSC's expense, in an amount in

excess of $121,497.21, thereby damaging OSC.

WHEREFORE, ASD Specialty Healthcare, Inc. d/b/a Oncology Supply Company respectfully requests the entry of a judgment in its favor and against Charleston Blood Disorders & Cancer Center, P.A. in an amount in excess of $121,497.21, interest at the contractual rate of eighteen per cent (18%) per annum on each outstanding invoice, attorneys' fees and costs, and such other and further relief as this Court deems just.

## COUNT IV
## BREACH OF CONTRACT
## OSC v. WALL

36. OSC incorporates herein by this reference the allegations set forth in the foregoing paragraphs of this complaint, as though they were set forth fully and at length.

37. Wall is in default of his obligations under the Agreement because of, inter alia, his failure to pay the amounts due from Charleston

38. As a result of the foregoing defaults, an amount in excess of $121,497.21 is immediately due and payable from Wall.

WHEREFORE, ASD Specialty Healthcare, Inc. d/b/a Oncology Supply Company respectfully requests the entry of a judgment in its favor and against Robert T. Wall in an amount in excess of $121,497.21, interest at the contractual rate of eighteen per cent (18%) per annum on each outstanding invoice, attorneys' fees and costs, and such other and further relief as this Court deems just.

Respectfully submitted,

_____
Elizabeth Shirley
One of Plaintiff's Attorneys

**OF COUNSEL:**

**BURR & FORMAN, LLP**
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Phone: (205) 251-3000
Fax:    (205) 244-5705
email: bshirley@burr.com

**PLAINTIFF REQUESTS SERVICE ON DEFENDANTS BY CERTIFIED MAIL AT THE FOLLOWING ADDRESS:**

CHARLESTON BLOOD DISORDERS & CANCER CENTER, P.A.
2093 Henry Tecklenburg Drive, Suite 318E
Charleston, SC 29414

ROBERT T. WALL
36 Prioleau Street, Unit P
Charleston, SC 29401

EXHIBIT A

Jun 22 07 04:09p    MATT DUNBAR                                            7044435523                    p.3



## ONCOLOGY SUPPLY
### Put Us Into Practice

PO BOX 2001 • DOTHAN, AL 36302
(800) 633-7555 Phone
(800) 246-8205 Fax
www.oncologysupply.com

### APPLICATION FOR NEW ACCOUNT
The following is an application for credit with ONCOLOGY SUPPLY,
also known as creditor within the general provisions of this application.

**1. Company Information**

| Tax ID Number (Required): | Firm or Corporation Name |
|---|---|
| 56-2306373 | Charleston Blood Disorders & Cancer Center PA |
| Year Established | Is business incorporated? If yes, under laws of which state? |
| 2002 | Yes     SC |

Do you have multiple shipping addresses?  ☐ YES  ☐ NO
If yes, please attach a separate list of all shipping addresses.

**Shipping Address**

| Street |
|---|
| 2093 Henry Tecklenburg Dr. Suite 318E |
| City | State | Zip |
| Charleston | SC | 29414 |
| County (Required) |
| Charleston |
| Phone Number | Fax Number |
| 843-852-0266 | 843-852-2025 |

**Billing Address**

| Street or PO Box |
|---|
| Same |
| City | State | Zip |
| | | |
| Accounting Contact Person |
| Kim Blocker |
| Phone Number | Fax Number |
| 843-852-0266 | 843-852-2025 |

List Full Name and Title of Officers, Partners and/or Proprietors:
Robert T. Wall, Jr., MD

In order to determine your credit limit, please estimate your total monthly drug purchases. (Required)

Monthly Amount
$ 200,000.00

Is your business a member of a Buying Group?  ☒ YES  ☐ NO

If yes, which Buying Group?

**2. Bank References**

| Bank Name | Account Number | Contact Name |
|---|---|---|
| Bank of SC | 0300208200 | Rovena |
| Address | City | State | Zip | Phone Number |
| | | | | 843-971-3300 |

**3. Credit References**

| Company Name | Contact Name | Phone Number |
|---|---|---|
| MISYS | | 1-800-800-6472 |
| Address | City | State | Zip | Fax Number |
| Box 751585 | Charlotte | NC | 28275 | 919-882-7664 |
| Company Name | Contact Name | Phone Number |
| Citicorp Vendor | | 800-835-9901 |
| Address | City | State | Zip | Fax Number |
| P.O. Box 7247-0371 | Philadelphia | PA | 19170-0371 | |

State License and DEA permit required for all accounts
Please be advised: Shipping address must match address on your DEA certificate for contract identification

Jun 22 07 04:09p     MATT DUNBAR                                    7044435523                           p.2

## Credit Application Page Two

Please review, sign and return the
acknowledgement pages along with this application.

This application and the information contained herein is a request for the extension of credit for commercial business use only and applicant certifies that the firm he represents is doing business as a : (please check one)

Corporation ☒   Partnership ☐   or Sole Proprietorship ☐

The applicant authorized the above named creditor to obtain written or oral credit reports from any credit reporting agency. The applicant further authorizes any bank or commercial business with whom the applicant is doing or has done any business with to give any and all necessary information to the creditor which will assist creditor in the credit investigation. The applicant further authorizes the creditor to reinvestigate the applicant's credit status from time to time as the creditor deems necessary and should creditor upon such reinvestigation deem it necessary to limit or terminate the credit arrangement with applicant, said applicant shall be notified in writing as to any adverse action. Upon approval of this application for credit, said applicant will be notified in writing along with the creditor's terms of sale and should applicant at some future time deviate from the creditor's terms of sale, said creditor reserves the right to terminate future extension of credit with applicant.

### Important

If credit is extended, I (we) agree to pay Creditor all debts incurred within creditor's terms of sale.

I (we) expressly waive all right of exemption under the constitution and laws of the State of Alabama and any other state, as to personal property and I (we) agree to pay all costs of collection or attempting to collect or secure any and all debts which I (we) now owe or which I (we) may in the future owe creditors for goods sold to me (us) or for services rendered including a reasonable attorney's fee on the unpaid debt so long as any of said indebtedness is due and unpaid, and I (we) consent and agree to the jurisdiction of the laws of the State of Alabama governing the collection of any and all debts. I (we) also agree to pay a FINANCE CHARGE OF 1.5% PERCENT PER MONTH(ANNUAL PERCENTAGE OF 18%) on any unpaid past due balance. Creditor is hereby authorized to deliver goods or perform services for the following at my (our) request and charge same to my (our) account and this shall continue until written notice to the contrary is given and accepted, which acceptance shall be evidenced by signature of creditor.

Applicant's Signature: _[signed]_ _____ Title: _MD_

Applicant's Signature: _____ Title: _____

Witness my (our) hand(s) this the _22_ day of _June_ _2007_

Witness: _[signed] Kim W. Blake_ Date: _6/22/07_

**Please forward a copy of your current physician state license and your current DEA registration. Failure to do so will delay shipping of any pending orders. Copies may be faxed.**

This is a federal requirement.

State Physician's License #: _20-11042_        Exp. Date: _10/1/07_

DEA Form #: _AW8825614_                        Exp. Date: _5/31/10_

## Credit Application Page Three

**1. PROPRIETOR AUTHORIZATION**

By signing this application, I authorize Oncology Supply or its agent to investigate my personal credit and financial records including my banking records. As part of this investigation, I authorize Oncology Supply to request and obtain a consumer credit report on me in connection with the opening, monitoring, renewal and extension of this and other accounts with Oncology Supply and the marketing of other products and services to me and my business by Oncology Supply. I further authorize Oncology Supply to share the information received from my consumer credit report with Oncology Supply's parent, subsidiaries, and affiliates. If I request, you will tell me whether my consumer credit report was requested and, if so, the name and address of the consumer credit reporting agency that furnished the report. Please note that if we are unable to obtain a satisfactory credit report on you or your business, we may require a proprietor guarantee to be signed before a credit line can be established.

| First Name | Initial | Last Name |
|---|---|---|
| Robert | T. | Wall |

| Social Security Number | Home Phone Number |
|---|---|
| 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 | 843-577-3843 |

| Present Home Address |
|---|
| 52 J. Croleau St |

| City | State | Zip |
|---|---|---|
| Charleston | SC | 29401 |

| Authorized Signature | Date |
|---|---|
| [signature: R Wall] | |

(If you wish to inquire upon multiple owners, you must have authorized access for each individual.)

| First Name | Initial | Last Name |
|---|---|---|
| | | |

| Social Security Number | Home Phone Number |
|---|---|
| | |

| Present Home Address |
|---|
| |

| City | State | Zip |
|---|---|---|
| | | |

| Authorized Signature | Date |
|---|---|
| | |

Please note that if we are unable to obtain a satisfactory credit report on you and your business, we may require a proprietor guarantee to be signed before a credit line can be established.

# EXHIBIT B



**ONCOLOGY SUPPLY**
Put Us Into Practice

www.oncologysupply.com

# STATEMENT

| Customer No.: | |
|---|---|
| Page: | 000053270 |
| Date: | 1 |
| Business Partner Type: | 12-20-2007 |
| Line of Business: | |

Remit To:

Oncology Supply
Attn.: Accounting
P. O. Box 676554
Dallas, TX 75267-6554
(888) 877-8430 (Phone)
(334) 984-2448 (Fax)

**Invoice To:**

CHARLESTON BLOOD DISORDERS & CANCER
WALL, ROBERT THORP MD
2093 HENRY TECKLENBERG DR 318E
CHARLESTON, SC  29414

**Ship To:**

CHARLESTON BLOOD DISORDERS & CANCER
WALL, ROBERT THORP MD
2093 HENRY TECKLENBERG DR 318E
CHARLESTON, SC  29414

| Document No. | Invoice Date | Reference/ PO Number | Due Date | Invoice Amount | | Last Receipt | Amount Rcvd. | Invoice Balance |
|---|---|---|---|---|---|---|---|---|
| 130 12099364 | 11-08-07 | | 11-18-07 | USD | 39,979.30 | 12-05-07 | 0.00 | 39,979.30 |
| 130 12099374 | 11-08-07 | | 11-18-07 | USD | 19.50 | 12-05-07 | 0.00 | 19.50 |
| 130 12099383 | 11-08-07 | | 11-18-07 | USD | 1,935.72 | 12-05-07 | 0.00 | 1,935.72 |
| 130 12101180 | 11-09-07 | | 11-19-07 | USD | 2,358.72 | 12-05-07 | 0.00 | 2,358.72 |
| 130 12102664 | 11-09-07 | | 11-19-07 | USD | 2,307.38 | 12-05-07 | 0.00 | 2,307.38 |
| 130 12104716 | 11-13-07 | | 11-23-07 | USD | 4,344.77 | 11-30-07 | 0.00 | 4,344.77 |
| 130 12104723 | 11-13-07 | | 11-23-07 | USD | 4,344.77 | 11-30-07 | 0.00 | 4,344.77 |
| 130 12104759 | 11-13-07 | | 11-23-07 | USD | 7,229.73 | 11-30-07 | 0.00 | 7,229.73 |
| 130 12104762 | 11-13-07 | | 11-23-07 | USD | 1,613.10 | 11-30-07 | 0.00 | 1,613.10 |
| 130 12106649 | 11-14-07 | | 11-24-07 | USD | 590.00 | 11-30-07 | 0.00 | 590.00 |
| 130 12106390 | 11-14-07 | | 11-24-07 | USD | 2,307.38 | 11-30-07 | 0.00 | 2,307.38 |
| 130 12108537 | 11-15-07 | | 11-25-07 | USD | 26,931.71 | 11-30-07 | 0.00 | 26,931.71 |
| 130 12117562 | 11-26-07 | | 12-06-07 | USD | 28,125.13 | | 0.00 | 28,125.13 |
| 139 10136627 | 11-15-07 | EA 12104759 | 11-15-07 | USD | 590.00- | 12-05-07 | 0.00 | 590.00- |

Your monthly statements are now available to view on-line! Visit www.oncologysupply.com.

| | | | | TOTAL DUE⇒ | 121,497.21 |
|---|---|---|---|---|---|

**AGING ANALYSIS IN DAYS**

| Current | 1-30 Days | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days |
|---|---|---|---|---|---|
| 0.00 | 76,486.59 | 45,010.62 | 0.00 | 0.00 | 0.00 |

000053270

"A Subsidiary of Bergen Brunswig Corporation"

```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003625
Cashier ID: brobinso
Transaction Date: 01/30/2008
Payer Name: BURR AND FORMAN LLP
-----------------------------------
CIVIL FILING FEE
  For: BURR AND FORMAN LLP
  Case/Party: D-ALM-1-08-CV-000071-001
  Amount:         $350.00
-----------------------------------
CHECK
  Check/Money Order Num: 308381
  Amt Tendered:   $350.00
-----------------------------------
Total Due:        $350.00
Total Tendered:   $350.00
Change Amt:       $0.00

ASD SPECIALTY HEALTHCARE V.
CHARLESTON BLOOD DISORDERS AND
CANCER CENTER ETAL
```