# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC. d/b/a ONCOLOGY SUPPLY COMPANY 2801 Horace Shepard Drive Dothan, Alabama 36303, <br><br> Plaintiff, <br><br> v. <br><br> CHARLESTON BLOOD DISORDERS & CANCER CENTER, P.A. 2093 Henry Tecklenburg Drive, Suite 318E Charleston, SC 29414 <br><br> and <br><br> ROBERT T. WALL 36 Prioleau Street, Unit P Charleston, SC 29401 <br><br> Defendants. | Civil Action <br><br> NO.: 1:08-CV-71-MEF |

RECEIVED

2008 JAN 30 A 10: 29

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF ASD SPECIALTY HEALTHCARE, INC., D/B/A/ ONCOLOGY SUPPLY COMPANY

**COMES NOW** plaintiff ASD Specialty Healthcare, Inc., d/b/a Oncology Supply Company, by and through its counsel, and states that:

1. Pursuant to Fed. R. Civ. P. 7.1, the only publicly held corporation that owns more than 10% of Plaintiff's stock is AmerisourceBergen Corporation.

2. In accordance with the Middle District of Alabama's Order No. 00-3047, the following disclosure is made concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or other similar entities that could potentially pose a financial or professional conflict for a judge: AmerisourceBergen Corporation.

1638383 v1

Respectfully submitted,

Elizabeth B. Shirley
One of the attorneys for Plaintiff

**OF COUNSEL:**

**BURR & FORMAN, LLP**
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: 205-251-3000
Facsimile: 205-458-5100
email: bshirley@burr.com

**TO BE SERVED VIA CERTIFIED MAIL ON:**

CHARLESTON BLOOD DISORDERS & CANCER CENTER, P.A.
2093 Henry Tecklenburg Drive, Suite 318E
Charleston, SC 29414

ROBERT T. WALL
36 Prioleau Street, Unit P
Charleston, SC 29401