# In the United States District Court
# For the Middle District of Alabama

| | | |
|---|---|---|
| ASD SPECIALTY HEALTHCARE, INC. d/b/a ONCOLOGY SUPPLY COMPANY, | ) ) ) | **SUMMONS** |
| Plaintiff(s), | ) ) ) | (Issued pursuant to Rule 4 of the Federal Rules of |
| v. | ) ) ) | Civil Procedure or other appropriate laws.) |
| CHARLESTON BLOOD DISORDERS & CANCER CENTER, P.A., and ROBERT T. WALL, | ) ) ) | CIVIL ACTION CASE NUMBER: |
| Defendant(s). | ) | 1:08-CV-71-MEF |

TO DEFENDANT

        Charleston Blood Disorders & Cancer Center, P.A.
        2093 Henry Tecklenburg Drive, Suite 318E
        Charleston, SC 29414

You are hereby summoned and required to serve upon plaintiff's attorney(s):

        Elizabeth B. Shirley
        BURR & FORMAN LLP
        420 North 20th Street, Suite 3400
        Birmingham, AL 35203

a response to the complaint which is herewith served upon you, within <u>20</u> days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: _1-30-08_

*Debra P. Hackett*, CLERK

By: _____
    Deputy Clerk
(SEAL OF COURT)

<u>SEE REVERSE SIDE FOR RETURN</u>

NOTE:   A separate summons must be prepared for each defendant.

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
One Church Street
Montgomery, Alabama 36104

# 𝕴𝖓 𝖙𝖍𝖊 𝖀𝖓𝖎𝖙𝖊𝖉 𝕾𝖙𝖆𝖙𝖊𝖘 𝕯𝖎𝖘𝖙𝖗𝖎𝖈𝖙 𝕮𝖔𝖚𝖗𝖙
## 𝕱𝖔𝖗 𝖙𝖍𝖊 𝕸𝖎𝖉𝖉𝖑𝖊 𝕯𝖎𝖘𝖙𝖗𝖎𝖈𝖙 𝖔𝖋 𝕬𝖑𝖆𝖇𝖆𝖒𝖆

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC. d/b/a ONCOLOGY SUPPLY COMPANY, ) ) ) Plaintiff(s), ) ) v. ) ) CHARLESTON BLOOD DISORDERS & CANCER ) CENTER, P.A., and ROBERT T. WALL, ) ) Defendant(s). ) | **SUMMONS** <br><br>(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate laws.) <br><br>CIVIL ACTION CASE NUMBER: <br><br>1:08-CV-71-MEF |

TO DEFENDANT

ROBERT T. WALL
36 Prioleau Street, Unit P
Charleston, SC 29401

You are hereby summoned and required to serve upon plaintiff's attorney(s):

Elizabeth B. Shirley
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203

a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 1-30-08                                    *Debra P. Hackett*, CLERK

                                                 By: [signature]

SEE REVERSE SIDE FOR RETURN                      Deputy Clerk
                                                 (SEAL OF COURT)

NOTE: A separate summons must be prepared for each defendant.

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
One Church Street
Montgomery, Alabama 36104