**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Charleston Blood Disorders & Cancer Center, P.A.
2093 Henry Tecklenburg Drive, Suite 318E
Charleston, SC 29414

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Linda S Howie
☐ Agent
☐ Addressee

B. Received by (Printed Name): Linda S. Howie
C. Date of Delivery: 2-15-08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1:08CV71
SJC
20

3. Service Type
☐ Certified Mail     ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7006 2150 0003 5455 1822

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540