IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC., d/b/a ONCOLOGY SUPPLY COMPANY, ) ) ) | |
| PLAINTIFF, ) ) | |
| V. ) ) | NO. 1:08-cv-71-MEF |
| CHARLESTON BLOOD DISORDERS & CANCER CENTER, P.A. and ROBERT T. WALL, ) ) ) ) ) | |
| DEFENDANTS. ) | |

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

**COMES NOW** Plaintiff ASD Specialty Healthcare, Inc., d/b/a Oncology Supply Company ("Plaintiff"), and pursuant to Fed. R. Civ. P. 55, moves for entry of default by the Clerk of this Court against Defendant Charleston Blood Disorders & Cancer Center, P.A. ("Charleston Blood"). In support thereof, Plaintiff states as follows:

1. On January 30, 2008, Plaintiff filed its Complaint against Charleston Blood and Defendant Robert T. Wall ("Wall"). *See* Docket # 1.

2. Also on January 30, 2008, the Summons and Complaint were issued by the Clerk to Charleston Blood. *See* Docket # 3.

3. On February 15, 2008, Charleston Blood was properly served with a copy of the Summons and Complaint at its principal place of business at 2093 Henry Tecklenburg Drive, Suite 318E, Charleston, South Carolina 29414, in accordance with Fed. R. Civ. P. 4(e)(1) and Ala. R. Civ. P. 4(c)(6), and as evidenced by the return of service filed with the Court on February 20, 2008. *See* Docket # 4.

4.     Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Charleston Blood's responsive pleading was due by March 6, 2008. To date, Charleston Blood has not filed an answer or any other responsive pleading.

5.     Pursuant to Fed. R. Civ. P. 55(a), when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

6.     Upon information and belief, Charleston Blood is not an infant or incompetent person.

**WHEREFORE PREMISES CONSIDERED**, Plaintiff hereby moves the Clerk of the Court for entry of default in favor of Plaintiff against Charleston Blood Disorders & Cancer Center, P.A.

Respectfully submitted,

s/ Elizabeth Bosquet Shirley
(BOSQUE5958)
Attorney for Plaintiff

**OF COUNSEL:**

Burr & Forman LLP
420 North 20th Street
Wachovia Tower, Suite 3400
Birmingham, AL 35203
Phone: (205) 251-3000
Facsimile: (205) 458-5100

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served on the following by directing same to their address through first-class, United States mail, postage prepaid, on this the 28th day of March, 2008:

CHARLESTON BLOOD DISORDERS & CANCER CENTER, P.A.
2093 Henry Tecklenburg Drive, Suite 318E
Charleston, SC 29414

ROBERT T. WALL
36 Prioleau Street, Unit P
Charleston, SC 29401

                                                                s/ Elizabeth B. Shirley
                                                                OF COUNSEL