# In the United States District Court
# For the Middle District of Alabama

| | | |
|---|---|---|
| ASD SPECIALTY HEALTHCARE, INC. d/b/a ONCOLOGY SUPPLY COMPANY, | ) ) ) | ALIAS SUMMONS |
| Plaintiff(s), | ) ) ) | (Issued pursuant to Rule 4 of the Federal Rules of |
| v. | ) ) ) | Civil Procedure or other appropriate laws.) |
| CHARLESTON BLOOD DISORDERS & CANCER CENTER, P.A., and ROBERT T. WALL, | ) ) ) | CIVIL ACTION CASE NUMBER: 1:08-CV-71-MEF |
| Defendant(s). | | |

TO DEFENDANT

Charleston Blood Disorders & Cancer Center, P.A.
2093 Henry Tecklenburg Drive, Suite 318E
Charleston, SC 29414

You are hereby summoned and required to serve upon plaintiff's attorney(s):

Elizabeth B. Shirley
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203

a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 4-23-08

*Debra P. Hackett*, CLERK

SEE REVERSE SIDE FOR RETURN

Deputy Clerk
(SEAL OF COURT)

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
One Church Street
Montgomery, Alabama 36104

NOTE: A separate summons must be prepared for each defendant.

(3/92)