| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *Pam Stover*  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Pamela Stover  C. Date of Delivery: 4/25/07 |
| 1. Article Addressed to:<br>Kim Blocker<br>Office manager<br>Charleston Blood Disorder<br>+ Cancer Center, P.A.<br>2093 Henry Tecklenburg<br>Suite 318 E<br>Charleston, SC 29414 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br>2:08cv71<br>alias sm + cmp.<br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0002 9415 6565 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540