IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC., d/b/a ONCOLOGY SUPPLY COMPANY, | ) ) ) |
| PLAINTIFF, | ) ) ) |
| V. | )   NO. 1:08-cv-71-MEF ) |
| CHARLESTON BLOOD DISORDERS & CANCER CENTER, P.A. and ROBERT T. WALL, | ) ) ) ) |
| DEFENDANTS. | ) |

## RENEWED MOTION FOR ENTRY OF DEFAULT JUDGMENT

**COMES NOW** Plaintiff ASD Specialty Healthcare, Inc., d/b/a Oncology Supply Company ("Plaintiff"), and pursuant to Fed. R. Civ. P. 55, renews its motion for entry of default by the Clerk of this Court against Defendant Charleston Blood Disorders & Cancer Center, P.A. ("Charleston Blood"). In support thereof, Plaintiff states as follows:

1. On January 30, 2008, Plaintiff filed its Complaint against Charleston Blood and Defendant Robert T. Wall. *See* Docket # 1.

2. Also on January 30, 2008, the Summons and Complaint regarding this matter were issued by the Clerk of this Court to Charleston Blood at its principal place of business, 2093 Henry Tecklenburg Drive, Suite 318E, Charleston, South Carolina 29414. *See* Docket # 3.

3. On February 15, 2008, Linda S. Howie accepted the Summons and Complaint on behalf of Charleston Blood, and signed the certified mail receipt. *See* Docket # 4, which is the return of service filed with the Court on February 20, 2008. Upon information and belief, Linda S. Howie is a nurse and employee of Charleston Blood, and is presumably authorized to accept service on behalf of Charleston Blood in accordance with Fed. R. Civ. P. 4(e)(1) and Ala. R. Civ. P. 4(c)(6).

4. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Charleston Blood's responsive pleading was due by March 6, 2008. However, Charleston Blood did not submit an answer or any other responsive pleading by March 6, 2008.

5. On April 23, 2008, the Summons and Complaint regarding this matter were re-issued by the Clerk of this Court to Charleston Blood at its principal place of business, 2093 Henry Tecklenburg Drive, Suite 318E, Charleston, South Carolina 29414. *See* Docket # 6.

6. On April 25, 2008, Pam Stover accepted the Summons and Complaint on behalf of Charleston Blood, and signed the certified mail receipt. *See* Docket # 7, which is the return of service filed with the Court on April 28, 2008. Upon information and belief, Stover is an employee of Charleston Blood, responsible for regularly receiving mail on behalf of Charleston Blood, and is an "agent authorized by appointment" to receive service of process on behalf of Charleston Blood in accordance with Fed. R. Civ. P. 4(e)(1) and Ala. R. Civ. P. 4(c)(6).

7. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), at the very latest, Charleston Blood's responsive pleading was due by May 15, 2008. To date, Charleston Blood has not submitted an answer or any other responsive pleading.

8. Pursuant to Fed. R. Civ. P. 55(a), when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

9. Upon information and belief, Charleston Blood is not an infant or incompetent person.

**WHEREFORE PREMISES CONSIDERED**, Plaintiff hereby moves the Clerk of the Court for entry of default in favor of Plaintiff against Charleston Blood Disorders & Cancer Center, P.A.

Respectfully submitted,

s/ Elizabeth Bosquet Shirley
(BOSQUE5958)
Attorney for Plaintiff

**OF COUNSEL:**

Burr & Forman LLP
420 North 20th Street
Wachovia Tower, Suite 3400
Birmingham, AL 35203
Phone: (205) 251-3000
Facsimile: (205) 458-5100

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing has been served on the following by directing same to their address through first-class, United States mail, postage prepaid, on this the 21st day of May, 2008:

CHARLESTON BLOOD DISORDERS & CANCER CENTER, P.A.
2093 Henry Tecklenburg Drive, Suite 318E
Charleston, SC 29414

ROBERT T. WALL
36 Prioleau Street, Unit P
Charleston, SC 29401

s/ Elizabeth B. Shirley
OF COUNSEL
