IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:08-cv-071-MEF |
| ) | |
| CHARLESTON BLOOD DISORDERS & ) | |
| CANCER CENTER, P.A., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Federal Rule of Civil Procedure 4(m) requires that a defendant be served within 120 days after the Complaint is filed. Plaintiff filed the Complaint in this case on January 30, 2008. Accordingly, more than 120 days have passed since the Complaint was filed and neither defendant has been properly served. Pursuant to Rule 4(m), this Court hereby provides notice to Plaintiff that the Court finds that Plaintiff has failed to cause service to be made upon Charleston Blood Disorders & Cancer Center, P.A., and Robert T. Wall, named defendants to this action, within 120 days after the filing of the Complaint in this action. It is the present intention of this Court to dismiss all claims against Defendants without prejudice on **June 30, 2008**, unless Plaintiff shows good cause for his failure to comply with Federal Rule of Civil Procedure 4 before that date.

DONE this 12th day of June, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE