# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Middle District of Alabama

**RECEIVED**

2008 JUN 26  A 10: 41

Case Number: 1:08-CV-71-MEF

Plaintiff:
**ASD SPECIALTY HEALTHCARE, INC d/b/a ONCOLOGY SUPPLY COMPANY**
vs.
Defendant:
**CHARLESTON BLOOD DISORDERS & CANCER CENTER, PA AND ROBERT T WALL**

For: Elizabeth B Shirley
      BURR & FORMAN, LLP

Received by THE BISTER AGENCY to be served on **CHARLESTON BLOOD DISORDERS & CANCER CENTER, PA,, 2093 HENRY TECKLENBURG DRIVE, SUITE 318E, CHARLESTON, SC 29414**. I, _MARY GRUBER_, being duly sworn, depose and say that on the _23rd_ day of _June_, 20_08_ at _2:50_ p.m., executed service by delivering a true copy of the **SECOND ALIAS SUMMONS AND COMPLAINT AND EXHIBITS A & B** in accordance with state statutes in the manner marked below:

(X) CORPORATE SERVICE: By serving _Kim Blocker_ as _____

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_Mary Gruber_

Subscribed and Sworn to before me on the _23rd_ day of _June_, _2008_ by the affiant who is personally known to me.

_NOTARY PUBLIC_
NOTARY, SC
11/09/10

PROCESS SERVER # _____
Appointed in accordance
 with State Statutes

**THE BISTER AGENCY**
14 Saltwind Drive
Saint Helena Island, SC  29920
(843) 838-2307

Our Job Serial Number: 2008000349

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f

# In the United States District Court
# For the Middle District of Alabama

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC. d/b/a ONCOLOGY SUPPLY COMPANY,<br><br>    Plaintiff(s),<br><br>v.<br><br>CHARLESTON BLOOD DISORDERS & CANCER CENTER, P.A., and ROBERT T. WALL,<br><br>    Defendant(s). | 2nd ALIAS SUMMONS<br><br>(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate laws.)<br><br>CIVIL ACTION CASE NUMBER:<br>1:08-CV-71-MEF |

TO DEFENDANT

Charleston Blood Disorders & Cancer Center, P.A. — c/o Kim Blocker
2093 Henry Tecklenburg Drive, Suite 318E
Charleston, SC 29414

You are hereby summoned and required to serve upon plaintiff's attorney(s):

Elizabeth B. Shirley
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203

a response to the complaint which is herewith served upon you, within <u>20</u> days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 6/16/2008

<u>Debra P. Hackett</u>, CLERK
Deputy Clerk
(SEAL OF COURT)

<u>SEE REVERSE SIDE FOR RETURN</u>

NOTE: A separate summons must be prepared for each defendant.

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
One Church Street
Montgomery, Alabama 36104

CASE NO. 1:08-CV071-MEF

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the 23rd day of June 2008, I served this summons together with the complaint as follows:

- ☐ By personal service on the defendant at

- ☐ By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

- ☒ By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)

  Kim Blocker

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

June 23, 2008                           Sherry Gruber
Date                                    Authorized or Specially Appointed Process Server

I hereby certify and return this ____ day of ____, ____, that I am unable to locate the individual, company, corporation, etc. named in this summons.

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____                        _____
Date                                    *Authorized or Specially Appointed Process Server*

Cost of Service:    Service fee:                                              $ 0.00
                    Expenses: ____ miles @ ____ cents                         $ 0.00

                                                        TOTAL:                $ 0.00

Notary, SC 11/09/10

THE BISTER AGENCY
14 SALTWIND DRIVE
SAINT HELENA ISLAND,
SOUTH CAROLINA 29920