**AFFIDAVIT OF SERVICE**

## UNITED STATES DISTRICT COURT
## Middle District of Alabama

Case Number: 1:08-CV-71-MEF

Plaintiff:
**ASD SPECIALTY HEALTHCARE, INC d/b/a ONCOLOGY SUPPLY COMPANY**
vs.
Defendant:
**CHARLESTON BLOOD DISORDERS & CANCER CENTER, PA AND ROBERT T WALL**

For: Elizabeth B Shirley
 BURR & FORMAN, LLP

RECEIVED
2008 JUN 26 A 10: 41
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Received by THE BISTER AGENCY to be served on **ROBERT T WALL**, ~~36 PRIOULEAU STREET, UNIT P, CHARLESTON, SC 29401~~. I, _MARY GRUBER_, being duly sworn, depose and say that on the _23rd_ day of _JUNE_, 20_08_ at _2:50_ _P_.m., executed service by delivering a true copy of the **SECOND ALIAS SUMMONS AND COMPLAINT AND EXHIBITS A & B** in accordance with state statutes in the manner marked below:

(X) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as _____, a person of age and discretion residing within.

( ) NON SERVICE: For the reason detailed in the Comments below.

( ) By mailing a copy to the defendant to the above address via The US Postal Service in a plain brown envelope marked "Personal & Confidential".

( ) Military

COMMENTS: _Charleston Blood Disorders & Cancer Center_
_2093 Henry Tecklenburg Dr., Suite 318-E_
_Charleston, SC 29414_

## AFFIDAVIT OF SERVICE for 1:08-CV-71-MEF

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 23rd day of June, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC   11/09/10

PROCESS SERVER # _____
Appointed in accordance
with State Statutes

**THE BISTER AGENCY**
**14 Saltwind Drive**
**Saint Helena Island, SC  29920**
**(843) 838-2307**

Our Job Serial Number: 2008000350

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f

# In the United States District Court
# For the Middle District of Alabama

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC. d/b/a ONCOLOGY SUPPLY COMPANY,<br><br>Plaintiff(s),<br><br>v.<br><br>CHARLESTON BLOOD DISORDERS & CANCER CENTER, P.A., and ROBERT T. WALL,<br><br>Defendant(s). | **ALIAS SUMMONS**<br><br>(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate laws.)<br><br>CIVIL ACTION CASE NUMBER: 1:08-CV-71-MEF |

TO DEFENDANT

> ROBERT T. WALL
> 36 Prioleau Street, Unit P
> Charleston, SC 29401

You are hereby summoned and required to serve upon plaintiff's attorney(s):

> Elizabeth B. Shirley
> BURR & FORMAN LLP
> 420 North 20th Street, Suite 3400
> Birmingham, AL 35203

a response to the complaint which is herewith served upon you, within <u>20</u> days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 6/16/2008

*Debra P. Hackett*, CLERK

By: [signature]
Deputy Clerk
(SEAL OF COURT)

<u>SEE REVERSE SIDE FOR RETURN</u>

NOTE:  A separate summons must be prepared for each defendant.

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
One Church Street
Montgomery, Alabama 36104

1638752 v1

RETURN ON SERVICE OF WRIT

I hereby certify and return that on the 23rd day of June 2008, I served this summons together with the complaint as follows:

☒ By personal service on the defendant at Charleston Blood Disorders & Cancer Center 2093 Henry Tecklenburg Dr., Ste. 318-E, Charleston, SC

☐ By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

☐ By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

June 23, 2008            Sharry Gruber
Date                     Authorized or Specially Appointed Process Server

I hereby certify and return this ____ day of ____, ____, that I am unable to locate the individual, company, corporation, etc. named in this summons.

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____
Date                     Authorized or Specially Appointed Process Server

Cost of Service:    Service fee:                                    $ 0.00
                    Expenses: ____ miles @ ____ cents               $ 0.00

                                                TOTAL:              $ 0.00

1638752 v1

THE BISTER AGENCY
14 SALTWIND DRIVE
SAINT HELENA ISLAND,
SOUTH CAROLINA 29920