IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ASD SPECIALTY HEALTHCARE, INC., d/b/a ONCOLOGY SUPPLY COMPANY, ) ) ) | |
| PLAINTIFF, ) ) | |
| V. ) ) | NO. 1:08-cv-71-MEF |
| CHARLESTON BLOOD DISORDERS & CANCER CENTER, P.A. and ROBERT T. WALL, ) ) ) ) | |
| DEFENDANTS. ) | |

**RESPONSE TO COURT'S ORDER**

**COMES NOW** Plaintiff ASD Specialty Healthcare, Inc., d/b/a Oncology Supply Company ("Plaintiff"), and hereby responds to the Court's June 12, 2008 Order:

1. On June 23, 2008, Plaintiff successfully served Defendants Charleston Blood Disorders & Cancer Center, P.A. ("Charleston Blood") and Robert T. Wall ("Wall") (or collectively "Defendants") via process server. (Docket # 12 and 13.) Plaintiff served Kim Blocker on behalf of Charleston Blood. (Docket # 12.) Upon information and belief, Ms. Blocker is Charleston Blood's managing or general agent. *See* Fed. R. Civ. P. 4(h).

2. Prior to June 23, 2008, Plaintiff had diligently attempted to serve Charleston Blood and Wall via certified mail.

3. On February 15, 2008, Linda S. Howie accepted a Summons and Complaint on behalf of Charleston Blood, and signed the certified mail receipt. (Docket # 4.) Upon information and belief, Ms. Howie is a nurse employed by Charleston Blood. Plaintiff then caused another Summons and Complaint to be served on Charleston Blood via certified mail, and on April 25, 2008, Pam Stover accepted the Summons and Complaint on behalf of

Charleston Blood. (Docket # 7.) Upon information and belief, Ms. Stover is responsible for accepting mail on behalf of Charleston Blood.

4. Plaintiff also attempted to serve Defendant Wall via certified mail, but the Summons and Complaint were returned as "undeliverable." (*See* Clerk's entry dated 3/27/08.)

5. After these efforts to serve Defendants via certified mail, Plaintiff accomplished service via process server on both Defendants on June 23, 2008.

**WHEREFORE**, Plaintiff respectfully requests that the Court not dismiss the above-styled action, as Plaintiff has been diligently attempting to serve Defendants, and has perfected service on them.

Respectfully submitted,

s/ Elizabeth Bosquet Shirley
(BOSQUE5958)
Attorney for Plaintiff

**OF COUNSEL:**

Burr & Forman LLP
420 North 20th Street
Wachovia Tower, Suite 3400
Birmingham, AL 35203
Phone: (205) 251-3000
Facsimile: (205) 458-5100
Email: bshirley@burr.com

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing has been served on the following by directing same to their address through first-class, United States mail, postage prepaid, on this the 30th day of June, 2008:

CHARLESTON BLOOD DISORDERS & CANCER CENTER, P.A.
2093 Henry Tecklenburg Drive, Suite 318E
Charleston, SC 29414


ROBERT T. WALL
36 Prioleau Street, Unit P
Charleston, SC 29401


                s/ Elizabeth B. Shirley
                OF COUNSEL